CARRUTH *et al. v.* WAGENER *et al.*

LEWIS, J. 1. County authorities have the power to contract solely for the building of the foundations for a court-house, if the money necessary to pay for the work is in the county treasury from a tax levy for that purpose, or if there has been a tax levied for that purpose during the year in which the contract was made ; and this is true regardless of whether the county has or has not made a complete contract for the erection of the entire structure. *Manly Building Co.* v. *Newton,* 114 *Ga.* 245.

2. On all questions of fact involved in this case the evidence was conflicting, and the discretion of the trial judge in refusing the injunction will not be disturbed. *Judgment affirmed. All the Justices concurring.*

Argued January 22,—Decided February 7, 1902.

Petition for injunction. Before Judge Fite. Bartow superior court. December 5, 1901.

*T. J. Lyon* and *J. K. Hines,* for plaintiffs.
*J. H. Wikle* and *A. S. Johnson,* for defendants.